**Scott A. MULLIN, Appellant,**

v.

**A. BROOKS COMPANY, INC. and The Treasurer of Missouri as Custodian of the Second Injury Fund, Respondents.**

**No. 62403.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 4, 1993.

Dennis A. Buchheit, Clayton, for appellant.

Raymond J. Flunker, Jeanine Bermel, Charles E. Polk, Jr., St. Louis, for respondents.

Before CARL R. GAERTNER, P.J., and CRANE and CRAHAN, JJ.

ORDER

PER CURIAM.

Plaintiff appeals from a final award of the Labor and Industrial Relations Commission affirming the findings and award made by the Administrative Law Judge pursuant to the Workers' Compensation Act. The Commission's order is supported by competent and substantial evidence on the whole record.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this

order. The judgment is affirmed in accordance with Rule 84.16(b).

■

**James POURNEY, Plaintiff/Appellant,**

v.

**Patricia BARRON, Defendant/Respondent.**

**No. 62019.**

Missouri Court of Appeals,
· Eastern District,
Division One.

May 4, 1993.

Frank Anzalone, Clayton, for plaintiff, appellant.

Jeffrey K. Suess, Adrian P. Sulser, Evans & Dixon, St. Louis, for defendant, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Plaintiff appeals from the trial court's decision to set aside a default judgment entered against defendant. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).